IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:14-CV-00227-D

| | |
|---|---|
| HAI NGUYEN ) ) Plaintiff, ) ) v. ) ) CAROLYN W. COLVIN, ) Acting Commissioner of ) Social Security ) ) Defendant. ) ) | **ORDER** |

Upon application of Plaintiff, and with no objection by Defendant, it is ORDERED that Defendant pay to Plaintiff the sum of $4,440.00 in attorney fees, and that the Treasury Judgment Fund should reimburse Plaintiff's counsel the $400.00 filing fee, in full and final settlement of all claims due against the Social Security Administration, for attorney fees and costs arising under the Equal Access to Justice Act. 28 U.S.C. § 2412(d). If the award to Plaintiff is not subject to the Treasury Offset Program (31 U.S.C. § 3716), payment will be made by check payable to Plaintiff's counsel, Charlotte W. Hall, in accordance with Plaintiff's assignment to his attorney of her right to payment of attorney's fees under the Equal Access to Justice Act.

This 17 day of September, 2015.

Chief U.S. District Judge James C. Dever, III