IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
5:14-cv-227-D

| HAI NGUYEN, | ) |
| --- | --- |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) **ORDER** |
| CAROLYN COLVIN, | ) |
| Acting Commissioner of Social | ) |
| Security, | ) |
| | ) |
| Defendant. | ) |

This action being submitted to the Court for an Order upon Plaintiff's showing that the Commissioner of Social Security should pay the sum of $13,642.50 for attorney fees, representing less than 25% of Plaintiff's accrued back benefits, to be paid from Plaintiff's back benefits pursuant to § 406(b) of the Social Security Act. It also appearing that upon receipt of the 406(b) fee, Plaintiff's counsel shall pay to Plaintiff the lesser EAJA fee of $4,440.00.

It is therefore ORDERED that the Commissioner of Social Security pay to Plaintiff's counsel the sum of $13,642.50 and that Plaintiff's counsel pay to Plaintiff the sum of $4,440.00 and upon the payment of such sums this case is dismissed with prejudice.

This **26** day of **May**, 2016,

_____
Chief United States District Judge
JAMES C. DEVER III